975 So.2d 600 (2008)
Theresa Marie MARTIN, Appellant,
v.
Stephen Paul MARTIN, Appellee.
No. 2D07-4644.
District Court of Appeal of Florida, Second District.
March 5, 2008.
Theresa Marie Martin, pro se.
Stephen Paul Martin, pro se.
PER CURIAM.
Affirmed without prejudice to any right Ms. Martin might have to seek relief by a proper pleading filed in Case No.2004-DR-4764-WS, Sixth Judicial Circuit, Pasco County.
CANADY and LaROSE, JJ., and GALLEN, THOMAS M., Associate Senior Judge, Concur.